UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 FEB 15 AM 11: 52
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOSE RAMIRO APARICIO-OLIVARES (9)<br>a/k/a Flaco<br><br>Defendant. | CASE NO. 2:17-CR-164(9)<br><br>CHIEF JUDGE SARGUS<br><br>**SUPERSEDING INFORMATION**<br><br>8 U.S.C. § 1325(a)<br><br>**MISDEMEANOR** |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
Improper Entry by Alien

On or about August 15, 2017, Defendant JOSE RAMIRO APARICIO-OLIVARES, an alien who had entered the United States at a time or place other than as designated by immigration officers, or had eluded examination or inspection by immigration officers, or had obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact, was found within the borders of the United States in the Southern District of Ohio.

In violation of 8 U.S.C. § 1325(a).

BENJAMIN C. GLASSMAN
United States Attorney

s/ Brian J. Martinez
BRIAN J. MARTINEZ (CA 224587)
JESSICA H. KIM (0087831)
Assistant United States Attorneys